IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE BANK OF NEW YORK MELLON,**

**as Trustee for the Certificate Holders of the CWABS, Inc.,**

**Asset-Backed Certificates, Series 2006-22**
**formerly known as Bank of New York,**

**Plaintiff,**

v.

**MELANIE G. VAUGHN, et al.,**

**Defendants.**                                                                 **No. 11-0934-DRH**

### ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is plaintiff's motion to dismiss defendants United States of America pursuant to a lien payoff and to remand to state court (Doc. 18). Specifically, plaintiffs move to dismiss the government as plaintiff has paid the quoted US/IRS tax lien payoff figure. Further, plaintiff contends that remand to the St. Clair County, Illinois Circuit Court is proper as no basis for the continued exercise of federal jurisdiction exists.[1] Based on the reasons stated in the motion, the Court **GRANTS** the motion. Pursuant to tax lien payoff, the Court **DISMISSES** the United

---

[1] The government removed the case to this Court pursuant to 28 U.S.C. § § 1442(a), 1444, and 1441(c).

States of America as a defendant in this matter.  Further, as this Court lack subject matter jurisdiction over the remaining claims, the Court **REMANDS** the case to the St. Clair County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 30th day of May, 2012.

David R. Herndon
2012.05.30
22:15:41 -05'00'

**Chief Judge**
**United States District Court**